IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Annie B Cross<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>21-11974-elf |
| American Heritage Federal Credit Union<br>　　　Movant.<br>v. | CHAPTER 13 |
| Annie B Cross<br>　　　Debtor/Respondent, | |
| William C. Miller, Trustee<br>　　　Additional Respondent. | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

　　　Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), American Heritage Federal Credit Union, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party. This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and

whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

                                              Respectfully submitted,

Dated: August 19, 2021

                              /s/ Kristen D. Little
BY:_____
Christopher A. DeNardo 78447
Kristen D. Little 79992
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

LLG File #: 20-065203

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Annie B Cross<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>21-11974-elf |
| American Heritage Federal Credit Union<br>　　　Movant.<br>v. | CHAPTER 13 |
| Annie B Cross<br>　　　Debtor/Respondent, | |
| William C. Miller, Trustee<br>　　　Additional Respondent. | |

## **CERTIFICATE OF SERVICE**

　　　I, Kristen D. Little , an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this August 20, 2021:

Annie B Cross
7615 Mountain Avenue
Elkins Park, PA 19027

David M. Offen, Esquire, The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106 - VIA ECF

William C. Miller, Trustee
P.O. Box 1229
Phila, PA 19105 - VIA ECF

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Kristen D. Little

---

Christopher A. DeNardo 78447
Kristen D. Little 79992
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com