IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                              : Chapter 13

Annie B. Cross                      : Case No. 21-11974-ELF
    Debtor


### SUGGESTION OF DEATH


TO the Clerk of the Court:

Kindly be advised that Debtor's counsel has been informed by Brian Cross of the death of his mother, Annie B. Cross, who passed away on 08/06/2021.  Accordingly, please mark the docket to reflect the death of Debtor, Annie B. Cross.


/s/ David M. Offen
David M. Offen Esq.
Attorney for Debtor

Dated: 10/19/2021

A copy of this praecipe is being served on the Chapter 13 Trustee.