# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 21-11974-ELF

ANNIE B. CROSS

7615 MOUNTAINDALE AVENUE

ELKINS PARK, PA 19027

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ANNIE B. CROSS

    7615 MOUNTAINDALE AVENUE

    ELKINS PARK, PA 19027

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

                                                   /S/ Kenneth E. West

Date: 10/19/2021                                                _____

                                                                   Kenneth E. West, Esquire
                                                                   Chapter 13 Standing Trustee