United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                 Case No. 21-11974-elf

Annie B. Cross                                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                       User: admin                                                  Page 1 of 2

Date Rcvd: Nov 16, 2021                              Form ID: pdf900                                    Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annie B. Cross, 7615 Mountaindale Avenue, Elkins Park, PA 19027-2613 |
| 14632443 | + | American Heritage Federal Credit Union, c/o Midwest Loan Services, 400 Quincy Street, 6th Floor, Hancock, MI 49930-1839 |
| 14631265 | + | American Heritage Federal Credit Union, c/o Kristen D. Little, LOGS Legal Group LLP, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14622818 | + | Cheltenham Township Finance Officer, 8230 York Road, Elkins Park, PA 19027-1589 |
| 14622819 | + | Four Seasons Investments, LLC, P.O. Box 213, Wynnewood, PA 19096-0213 |
| 14622822 | | Keystone Health Plan East, P.O. Box 825420, Philadelphia, PA 19182-5420 |
| 14622825 | | PECO - Payment Processing, P.O. Box 37629, Philadelphia, PA 19101-0629 |
| 14629567 | + | PNC Bank, National Association, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14629836 | + | PNC Bank, National Association, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 16 2021 23:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 16 2021 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 16 2021 23:48:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14622816 | + | Email/PDF: cbp@onemainfinancial.com | Nov 16 2021 23:54:07 | American General Financial/Springleaf Fi, Attention: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14622820 | + | Email/Text: Harris@ebn.phinsolutions.com | Nov 16 2021 23:48:00 | Harris & Harris, Attn: Bankruptcy, 111 W Jackson Blvd, Ste 400, Chicago, IL 60604-4135 |
| 14622821 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 16 2021 23:48:00 | Internal Revenue Service, Attn: Special Procedures, P.O. Box 12051, Philadelphia, PA 19105 |
| 14622823 | + | Email/Text: bankruptcy@midwestloanservices.com | Nov 16 2021 23:48:00 | Midwest Loan Services, 616 Shelden Avenue, Suite 300, PO Box 144, Houghton, MI 49931-0144 |
| 14622824 | + | Email/PDF: cbp@onemainfinancial.com | Nov 16 2021 23:54:18 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14627213 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 16 2021 23:48:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14637776 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 16 2021 23:48:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14631599 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 16 2021 23:54:07 | Portfolio Recovery Associates, LLC, POB 12914, |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 16, 2021 | Form ID: pdf900 | Total Noticed: 21 |

| | | | Norfolk VA 23541 |
|---|---|---|---|
| 14631313 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Nov 16 2021 23:54:07 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14622817 | *+ | American General Financial/Springleaf Fi, Attention: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14632817 | * | Internal Revenue Service, Attn: Special Procedures, P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 14632816 | * | Internal Revenue Service, Attn: Special Procedures, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Annie B. Cross dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KRISTEN D. LITTLE | on behalf of Creditor American Heritage Federal Credit Union pabk@logs.com klittle@logs.com;logsecf@logs.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ANNIE B. CROSS | Chapter 13 |
| Debtor | Bankruptcy No. 21-11974-ELF |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: November 16, 2021

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
ANNIE B. CROSS

7615 MOUNTAINDALE AVENUE

ELKINS PARK, PA 19027